UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE CHAVEZ,<br><br>    Petitioner,<br><br>J. SULLIVAN,<br><br>    Respondent. | No. 2:17-cv-00575 GGH<br><br><br>ORDER |

Petitioner, proceeding in this action pro se, has requested a 30 day extension of time to oppose the Motion to Dismiss filed by Respondent on June 30, 2017. ECF No. 10. Without an extension, petitioner's opposition would be due on July 30, 2017 pursuant to the terms of this court's order of May 1, 2017.

Good cause appearing therefore, IT IS HEREBY ORDERED that:

Petitioner's request for an extension of time to Oppose respondent's Motion to Dismiss is GRANTED;

1.    Petitioner has until August 29, 2017 to file opposition to the Motion to Dismiss.

**IT IS SO ORDERED**.

Dated: July 17, 2017

                        /s/ Gregory G. Hollows
              UNITED STATES MAGISTRATE JUDGE