UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE CHAVEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>J. SULLIVAN, Warden,<br><br>　　　　　　Respondent. | No. 2:17-cv-00575-GGH<br><br><u>ORDER TO SHOW CAUSE</u> |

　　　　Petitioner brings this action in pro se. The matter was referred to this United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On June 30, 2017 respondent filed a motion to dismiss the petition. ECF No. 10. On July 14, 2017 this court granted a 30 day extension of time to petitioner to respond to that motion, declaring his Opposition due to be filed on or before August 29, 2017. ECF No. 13. No opposition or statement of non-opposition, as required by the Local Rules of this District has been filed by petitioner.

　　　　In light of the foregoing it is hereby ordered that:

　　　　1.　　Petitioner shall show cause within fifteen (15) days of this Order why his failure to file his opposition as ordered should not be deemed a waiver of any opposition to the granting of the motion, or he shall file an opposition.

////

2. Petitioner is cautioned that failure to respond timely to this Order to Show cause will lead to a recommendation that his petition shall be dismissed with prejudice;

3. The Clerk of the Court shall randomly assign this matter to a district court judge.

**IT IS SO ORDERED**.

Dated: September 22, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE